PROB 12C
(7/93)

Report Date: April 12, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR 18 2013
SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leslie Jerome Starr                    Case Number: 2:09CR02100-001

Address of Offender: ▊▊▊▊▊▊▊ Yakima, WA 98901

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 6/17/2010

Original Offense:        Possession of Unregistered Firearm, 26 U.S.C. § 5861

Original Sentence:       Prison - 46 Months            Type of Supervision: Supervised Release
                         TSR - 36 Months

Asst. U.S. Attorney:     TBD                            Date Supervision Commenced: 3/21/2013

Defense Attorney:        Rick Lee Hoffman               Date Supervision Expires: 3/20/2016

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Starr failed to obtain his drug and alcohol assessment at Triumph Treatment Services on April 8, 2013.<br><br>According to Triumph Treatment Services staff, Mr. Starr was scheduled to complete a drug and alcohol assessment on April 8, 2013, however, he failed to show for his appointment. |
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Starr failed to submit to a random urinalysis testing at Merit Resource Services on April 9, 2013. |

3   **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Starr failed to report as directed by his probation officer on April 10, 2013.

On April 10, 2013, this officer spoke with Mr. Starr via telephone, who advised he was at his residence. This officer directed the defendant to report to the probation office to submit to urinalysis testing. Mr. Starr was given until 3:30 p.m. on that date, to submit the urine specimen. Mr. Starr failed to report as directed. It should be noted, the defendant's residence is approximately a 3-minute walk from the U.S. Probation Office.

4   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Starr used methamphetamine on April 10, 2013.

On April 12, 2013, Mr. Starr reported to the probation office and was directed to submit to urinalysis testing. However, the defendant was unable to produce a urine specimen. Instead, Mr. Starr signed the admission of drug use form, admitting he used methamphetamine on April 10, 2013.

The U.S. Probation Office respectfully recommends the Court issue a summons for the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 12, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/18/13
Date