PROB 12C
(7/93)

Report Date: May 13, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 13 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Leslie Starr | Case Number: 2:09CR02100-001 |
| Address of Offender: ███████████████ | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 6/17/2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Unregistered Firearm, 26 U.S.C. § 5861 | | |
| Original Sentence: | Prison - 46 Months<br>TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Mary Katherine Dimke | Date Supervision Commenced: | 3/21/2013 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: | 3/20/2016 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 12, 2013.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Starr failed to attend his scheduled ADATSA drug and alcohol assessment on May 3, 2013.<br><br>On May 8, 2013, Mr. Starr was questioned regarding the outcome of his ADATSA drug and alcohol assessment scheduled on May 3, 2013. Mr. Starr reported he did not attend his appointment. |
| 6 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Starr failed to report to the U.S. Probation Office as directed by his probation officer on May 9, 2013. |

Prob12C  
Re: Starr, Leslie  
May 13, 2013  
Page 2

On May 8, 2013, a home visit was conducted. At the time of this visit, Mr. Starr was directed to report to the U.S. Probation Office on May 9, 2013, however, he failed to report as directed and his current whereabouts are unknown.

7     **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Starr failed to report a change of address as of May 10, 2013.

According to Mr. Starr's mother, the defendant moved out of her residence on May 9, 2013. On this date, Mr. Starr's mother reported that when she returned home from her work she noticed all of the defendant's belongings were gone and his room had been cleaned out. She further reported that Mr. Starr may be with his girlfriend who lives in the State of Idaho. Mr. Starr has yet to report a change of address.

8     **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Starr failed to report to the U.S. Probation Office to submit to a urinalysis testing as directed by his probation officer on May 9, 2013.

On May 8, 2013, a home visit was conducted. Mr. Starr was directed to report to the U.S. Probation Office on May 9, 2013, to submit to a drug screen. At the time, Mr. Starr denied any illegal drug use. On May 9, 2013, Mr. Starr failed to report as directed. On this same date, he also left a voice message stating he would not be reporting today, but would be in tomorrow to provide a urine sample. The defendant also added he had been using methamphetamine.

Prob12C
Re: Starr, Leslie
May 13, 2013
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 13, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

Signature of Judicial Officer

5/13/13
Date