PROB 12C
(7/93)

Report Date: January 16, 2014

## United States District Court

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leslie Starr                   Case Number: 0980 2:09CR02100-001

Address of Offender last known: ▮

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 17, 2010

| | | |
|---|---|---|
| Original Offense: | Possession of Unregistered Firearm, 26 U.S.C. § 5861 | |
| Original Sentence: | Prison 46 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Mary Katherine Dimke | Date Supervision Commenced: December 10, 2013 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: June 9, 2016 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number       Nature of Noncompliance

1  **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

   **Supporting Evidence**: Mr. Starr failed to submit his monthly report form within the first 5 days of January 2014, as directed by his probation officer.

   On January 10, 2014, a late report notice was mailed to Mr. Starr reminding him to submit his monthly report form. As of January 16, 2014, he has yet to submit his monthly report form.

2  **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: Mr. Starr failed to submit to random urinalysis testing at Merit Resource Services on January 7, and 15, 2014.

3          **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

           **Supporting Evidence**: Mr. Starr failed to report a change of address as of January 16, 2014.

           Mr. Starr reported living at 914 East Spruce, number 24, Yakima, Washington, with his cousin. On January 15, 2014, a home visit was conducted and this officer was informed by Mr. Starr's cousin that she has not seen the defendant since December 20, 2013. Mr. Starr has yet to report a change of address.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 16, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Signature of Judicial Officer_

January 17, 2014
Date